**FOOD HANDLERS LOCAL 425, etc.,**

v.

**ARKANSAS POULTRY COOPERATIVE.**

No. 17014.

United States Court of Appeals
Eighth Circuit.

Aug. 3, 1962.

Anthony J. Sabella, Memphis, Tenn.,
for appellant.

Chas. R. Garner, Fort Smith, Ark., for
appellee.

492

PER CURIAM.

Appeal from District Court, 199 F. Supp. 895, dismissed on stipulation of parties.